UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY D. RAY, | No. 2:21-cv-0072 AC P |
| Plaintiff, | |
| v. | ORDER |
| O. HASEM, et al., | |
| Defendants. | |

Plaintiff has filed a motion for extension of time to file an application to proceed in forma pauperis. ECF No. 5. In support of the motion, plaintiff states that due to the COVID-19 pandemic, he has been in a quarantine lockup unit, and that as a result, he has no direct law library access. See id. at 1. Plaintiff also expresses concern that prison staff will continue to fail to promptly address his requests for the appropriate documents needed to properly file the application. See id.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 5) is GRANTED, and

2. Plaintiff shall have thirty days from the date of this order within which to file an in forma pauperis application.

DATED: February 8, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE