UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY D. RAY, | No. 2:21-cv-0072 AC P |
| Plaintiff, | |
| v. | ORDER |
| O. HASEM, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding pro se.  He seeks relief pursuant to 42 U.S.C. § 1983.  The proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).  Before the court are plaintiff's motion for a forty-five-day extension of time to file an in forma pauperis application, ECF No. 9, and a motion to proceed in forma pauperis, ECF No. 10.

Approximately six weeks after filing his in forma pauperis application, plaintiff filed a notice of change of address.  ECF No. 11.  It appears from the notice that plaintiff is no longer incarcerated.  Upon release from prison, a former inmate must be allowed to apply to proceed under general in forma pauperis provisions of 28 U.S.C. § 1915(a)(1).  See DeBlasio v. Gilmore, 315 F.3d 396, 399 (4th Cir. 2003); see also Webb v. Lambert, No. CV 12-00041-H-DLC, 2012 WL 5931889, at *1 (D. Mont. Aug. 29, 2012) (citing DeBlasio).  A released prisoner may proceed in forma pauperis upon satisfying the poverty provisions applicable to non-prisoners.

1

McGann v. Comm'r, Soc. Sec. Admin., 96 F.3d 29, 30 (2d Cir. 1996).

Plaintiff's indigent status while incarcerated, which is documented in his IFP application, is no longer relevant. The court must evaluate plaintiff's in forma pauperis status as a non-prisoner. The pending in forma pauperis application will therefore be denied and plaintiff will be directed to file an in forma pauperis application for non-prisoners.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time, ECF No. 9, is DENIED as moot;

2. Plaintiff's motion to proceed in forma pauperis, ECF No. 10, is DENIED without prejudice to an application to proceed in forma pauperis by a non-prisoner;

3. The Clerk of Court shall send plaintiff a copy of the court's application to proceed in forma pauperis for non-prisoners, and

4. Within thirty days of the date of this order, plaintiff must complete and file the non-prisoner in forma pauperis application in this court.

DATED: September 3, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE