UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY D. RAY, | No. 2:21-cv-0072 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| O. HASEM, et al., | |
| Defendants. | |

Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 22, 2021, the magistrate judge issued findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 13.  Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued October 22, 2021 (ECF No. 13), are ADOPTED in full, and

  2.  This matter is DISMISSED without prejudice for failure to file a completed non-prisoner in forma pauperis application.  See generally 28 U.S.C. § 1915(a)(1).

Dated:  December 20, 2021

_WILLIAM B. SHUBB_
UNITED STATES DISTRICT JUDGE

ray0072.800